IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GARZA, | |
| Plaintiff, | 4:24-CV-3015 |
| vs. | |
| SECURITAS SECURITY SERVICES USA, INC., | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The plaintiff's unopposed motion for remand (filing 14) is granted.

2. This case is remanded to the District Court for Lancaster County, Nebraska.

3. The Clerk of the Court is directed to transmit this case without delay.

Dated this 25th day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge